Danielle DiMauro (*pro hac vice*)
Rebecca Watson (Wyoming Bar No. 5-1683)
WELBORN SULLIVAN MECK & TOOLEY
P.C.
1401 Lawrence Street, Suite 1800
Denver, Colorado 80202
Telephone: 303-830-2500
Facsimile: 303-832-2366
rwatson@wsmtlaw.com
ddimauro@wsmtlaw.com

Hampton K. O'Neill (Wyoming Bar No. 5-2876)
WELBORN SULLIVAN MECK &
TOOLEY, P.C.
159 North Wolcott, Suite 220
Casper, Wyoming 82601
Telephone: 307-234-6907
Facsimile: 307-234-6908
honeill@wsmtlaw.com

*Attorneys for Petitioner*

ERIC HEIMANN
United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Civil Chief
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
christopher.martin@usdoj.gov

LISA LYNNE RUSSELL
Deputy Assistant Attorney General
Environmental & Natural Resources Division
U.S. Department of Justice
MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section

*Counsel for Respondents*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| PONDEROSA RESOURCES CORPORATION, )<br><br>Petitioner, )<br><br>v. )<br><br>THE UNITED STATES BUREAU OF LAND<br>MANAGEMENT, ANDREW ARCHULETA, in<br>his official capacity as Wyoming State Director<br>for the U.S. Bureau of Land Management,<br>and THE UNITED STATES DEPARTMENT<br>OF THE INTERIOR,<br><br>Respondents. ) | Civil Case No. 1:24-cv-00141-SWS |

**JOINT MOTION TO EXTEND THE DEADLINES FOR
ADMINISTRATIVE RECORD MOTIONS AND OPENING BRIEF**

Petitioner and Respondents jointly move to extend by 90 days the deadline for Petitioner

to file motions to complete the administrative record or for consideration of extra-record evidence, as well as the deadline for Petitioner's opening brief in the absence of such a motion. In support of this request, the Parties state as follows:

1.  Respondents lodged the administrative records for this case on December 5, 2024.  Dkt. 26.

2.  Petitioner identified additional documents and information that it believes should be included in one or more of the administrative records and requested that Respondents complete the administrative records with those materials.

3.  To allow the Parties additional time to confer about the contents of the administrative records and resolve potential disputes, the Court granted an extension of the deadline for Petitioner to file motions to complete the administrative record or for consideration of extra-record evidence, as well as the deadline for Petitioner's opening brief in the absence of such a motion. Dkt. 28.

4.  Counsel for Petitioner and Counsel for Respondents have conferred about Petitioner's request. Respondents have agreed to include in one of the administrative records certain lease-related documents, including documents related to approval and disposition of bonds or other financial assurances, and to lodge the administrative record for BLM's 2024 oil and gas rulemaking, 89 Fed. Reg. 30916 (April 23, 2024).

5.  Petitioner also challenges a rule, 66 Fed. Reg. 1883 (Jan. 10, 2001), promulgated before the launch of Regulations.gov, which revised the rulemaking process under the E-Government Act of 2002, Pub. L. 107–347, 116 Stat. 2899.  Because the 2001 rule was not previously challenged in litigation, Respondents have not previously lodged an administrative record for this rule.  And employees that worked on the 2001 rulemaking

2

are no longer employed by Respondents. Respondents have thus searched their archives for a decision file for the rule, but they have not yet been able to locate a consolidated decision file for the challenged 2001 rulemaking. Respondents continue to search for records from that rulemaking process. At Respondents' request, Petitioner has identified select categories of rulemaking-related materials of particular importance. Respondents are focusing their ongoing search efforts on locating those categories of documents.

6.  Respondents require additional time to complete the search for records from the 2001 rulemaking process, which involves review of electronic and paper files and indexes of archived materials.

7.  Petitioner's current deadline to file motions to complete the administrative records or for consideration of extra-record evidence is January 31, 2025. Dkt. 28. In the absence of such a motion, Petitioner's current deadline to file its opening brief is March 3, 2025. *Id.*

8.  Respondents anticipate completing their search for archived materials and lodging completed records by April 1, 2025. After Respondents lodge the completed administrative records, Petitioner will require additional time to review the new materials and identify any remaining administrative record issues for discussion with Respondents.

For the foregoing reasons, the Parties respectfully request that the Court extend Petitioner's deadline to file motions to complete the administrative records or for consideration of extra-record evidence by 90 days, to May 1, 2025, and similarly extend the deadline for Petitioner's opening brief in the absence of administrative record motions to June 2, 2025.

Respectfully submitted this 30th day of January, 2025.

WELBORN SULLIVAN MECK & TOOLEY, P.C.

/s/ Danielle DiMauro
Danielle DiMauro (*pro hac vice*)
1401 Lawrence Street, Suite 1800
Denver, Colorado 80202
Telephone: 303-830-2500
Facsimile: 303-832-2366
ddimauro@wsmtlaw.com

*Attorneys for Petitioner*

ERIC HEIMANN
United States Attorney

/s/ C. Levi Martin
C. LEVI MARTIN (WY Bar #6-3781)
Civil Chief
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
christopher.martin@usdoj.gov

LISA LYNNE RUSSELL
Deputy Assistant Attorney General
Environmental & Natural Resources Division
U.S. Department of Justice

/s/ Michael S. Sawyer
MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:      (202) 514-5273
Fax:            (202) 305-0506
Email: michael.sawyer@usdoj.gov

*Counsel for Respondents*

4

## CERTIFICATE OF SERVICE

I certify that on January 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF electronic filing system, which will send a notification of this filing to the attorneys of record.

/s/ Rachel Porter
Welborn Sullivan Meck & Tooley, P.C.