

FILED
8:41 am, 1/31/25
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| PONDEROSA RESOURCES CORPORATION, | |
| Petitioner, | |
| v. | Civil Case No. 1:24-cv-00141-SWS |
| THE UNITED STATES BUREAU OF LAND MANAGEMENT, ANDREW ARCHULETA, in his official capacity as Wyoming State Director for the U.S. Bureau of Land Management, and THE UNITED STATES DEPARTMENT OF THE INTERIOR, | |
| Respondents. | |

## ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINES FOR ADMINISTRATIVE RECORD MOTIONS AND OPENING BRIEF

This matter comes before the Court on the Joint Motion to Extend the Deadlines for Administrative Record Motions and Opening Brief. Having considered the motion, the Court finds that good cause exists for the requested extension and consequently grants the motion.

IT IS THEREFORE ORDERED that Petitioner shall have until May 1, 2025, to file motions to complete the administrative record or for consideration of extra-record evidence, and until June 2, 2025, to file its opening brief in the absence of administrative record motions.

**ORDERED**: January 31, 2025.

Scott P. Klosterman
Chief United States Magistrate Judge