| | |
|---|---|
| Danielle DiMauro (*pro hac vice*) | STEPHANIE I. SPRECHER |
| Rebecca Watson (Wyoming Bar No. 5-1683) | Acting United States Attorney |
| WELBORN SULLIVAN MECK & TOOLEY P.C. | C. LEVI MARTIN (WY Bar #6-3781) |
| | Civil Chief |
| 1401 Lawrence Street, Suite 1800 | P.O. Box 668 |
| Denver, Colorado 80202 | Cheyenne, WY 82003-0668 |
| Telephone: 303-830-2500 | Telephone: 307-772-2124 |
| Facsimile: 303-832-2366 | christopher.martin@usdoj.gov |
| rwatson@wsmtlaw.com | |
| ddimauro@wsmtlaw.com | ADAM R.F. GUSTAFSON |
| | Acting Assistant Attorney General |
| Hampton K. O'Neill (Wyoming Bar No. 5-2876) | Environmental & Natural Resources Division |
| | U.S. Department of Justice |
| WELBORN SULLIVAN MECK & TOOLEY, P.C. | MICHAEL S. SAWYER |
| | Senior Attorney, Natural Resources Section |
| 159 North Wolcott, Suite 220 | |
| Casper, Wyoming 82601 | *Counsel for Respondents* |
| Telephone: 307-234-6907 | |
| Facsimile: 307-234-6908 | |
| honeill@wsmtlaw.com | |

*Attorneys for Petitioner*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| PONDEROSA RESOURCES CORPORATION, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:24-cv-00141-SWS |
| | ) | |
| THE UNITED STATES BUREAU OF LAND MANAGEMENT, ANDREW ARCHULETA, in his official capacity as Wyoming State Director for the U.S. Bureau of Land Management, and THE UNITED STATES DEPARTMENT OF THE INTERIOR, | ) ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**JOINT MOTION TO EXTEND STAY OF ALL DEADLINES FOR 60 ADDITIONAL DAYS**

Petitioner and Respondents jointly move to stay all deadlines in this case to allow the

parties to discuss settlement. In support of this request, the Parties state as follows:

1. The parties have reached agreement as to the content of the administrative records in this case and Respondents are preparing the records for lodging with the Court.

2. Petitioner's current deadline to file its opening brief is August 11, 2025.  Dkt. 43.

3. Respondents and Petitioners are currently evaluating whether it is possible for them to settle this dispute without further court intervention.  Respondents need additional time to confer with the leadership of the Department of the Interior about whether settlement would be in the best interests of the Department and the public.

4. The Department of the Interior is presently undergoing significant personnel and policy changes following the January 2025 presidential transition, and officials are still onboarding at the Bureau of Land Management.  Among these recent changes are alterations to the settlement approval process.  *See* Secretary's Order No. 3433.  Respondents need additional time to comply with these new settlement policies.

5. A settlement would promote judicial efficiency and economy by avoiding the need for merits briefing and judicial resolution, thereby conserving the resources of the parties and the Court.

For the foregoing reasons, the Parties respectfully request that the Court extend the stay of all briefing deadlines in this case for 60 additional days.

Respectfully submitted this 8th day of August, 2025.

    STEPHANIE I. SPRECHER
    Acting United States Attorney

    */s/ C. Levi Martin*
    C. LEVI MARTIN (WY Bar No. 6-3781)
    Civil Chief
    P.O. Box 668
    Cheyenne, WY 82003-0668

Telephone: 307-772-2124
christopher.martin@usdoj.gov

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environmental & Natural Resources Division
U.S. Department of Justice

*/s/ Michael S. Sawyer*
MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:    (202) 514-5273
Fax:          (202) 305-0506
Email: michael.sawyer@usdoj.gov

*Counsel for Respondents*

WELBORN SULLIVAN MECK & TOOLEY, P.C.

*/s/ Danielle DiMauro*
Danielle DiMauro (*pro hac vice*)
Rebecca W. Watson (WY Bar No. 5-1683)
1401 Lawrence Street, Suite 1800
Denver, Colorado 80202
Telephone: 303-830-2500
Facsimile: 303-832-2366
ddimauro@wsmtlaw.com

*Attorneys for Petitioner*