**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 APR 10 AM 11: 18

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| PONDEROSA RESOURCES CORPORATION, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Case No. 1:24-cv-00141-SWS |
| ) | |
| THE UNITED STATES BUREAU OF LAND ) | |
| MANAGEMENT, ANDREW ARCHULETA, in ) | |
| his capacity as Wyoming State Director for the ) | |
| U.S. Bureau of Land Management, and THE ) | |
| UNITED STATES DEPARTMENT OF THE ) | |
| INTERIOR, ) | |
| ) | |
| Respondents. ) | |

## ORDER GRANTING MOTION TO EXTEND STAY OF ALL DEADLINES

This matter comes before the Court on Petitioner's Unopposed Motion to Extend Stay of

All Deadlines for 30 Additional Days. Having considered the motion, the Court finds that good

cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that Petitioner's Unopposed Motion to Extend Stay of

All Deadlines for 30 Additional Days (ECF No. 55) is hereby **GRANTED**. The deadlines in this

case are hereby stayed until May 11, 2026. On or before May 11, 2026, Petitioner shall file either

a motion regarding further proceedings in this case or a proposed schedule for lodging of the

administrative record and merits briefing. *The parties should anticipate NO FURTHER STAYS in this matter. - SWS*

Dated this 10th day of April 2026.

Hon. Scott W. Skavdahl
United States District Judge