Danielle DiMauro (*pro hac vice*)
Rebecca Watson (Wyoming Bar No. 5-1683)
WELBORN SULLIVAN MECK & TOOLEY, P.C.
1401 Lawrence Street, Suite 1800
Denver, Colorado 80202
Telephone: 303-830-2500
ddimauro@wsmtlaw.com
rwatson@wsmtlaw.com

Hampton K. O'Neill (Wyoming Bar No. 5- 2876)
WELBORN SULLIVAN MECK & TOOLEY, P.C.
159 North Wolcott, Suite 220
Casper, Wyoming 82601
Telephone: 307-234-6907
honeill@wsmtlaw.com

*Attorneys for Petitioner*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| PONDEROSA RESOURCES CORPORATION, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Case No. 1:24-cv-00141-SWS |
| | ) | |
| THE UNITED STATES BUREAU OF LAND | ) | |
| MANAGEMENT, ANDREW ARCHULETA, in | ) | |
| his capacity as Wyoming State Director for the | ) | |
| U.S. Bureau of Land Management, and THE | ) | |
| UNITED STATES DEPARTMENT OF THE | ) | |
| INTERIOR, | ) | |
| | ) | |
| Respondents. | ) | |

## MOTION FOR EXTENSION OF DEADLINE TO FILE MOTIONS TO COMPLETE OR SUPPLEMENT THE ADMINISTRTATIVE RECORDS

Petitioner Ponderosa Resources Corporation hereby moves for a brief extension of time

in which to file motions to complete or supplement the administrative records in this case.

Respondents consent to the requested extension.  Counsel for Petitioner has not yet had an

opportunity to confer with counsel for Intervenors as to their position on the requested extension.

1

In support of this motion, Petitioner states as follows:

1.      Respondents lodged administrative records in this case on May 22, 2026.

2.      According to the Court's initial pretrial order dated June 2, 2026, the deadline for motions to complete or supplement administrative records in this case is June 5, 2026. (Dkt. 63.)

3.      During review of the draft administrative records compiled by Respondents in December 2024, Petitioner identified certain categories of items that appeared to be missing from the records.  Counsel for Petitioner and counsel for Respondents discussed these items during 2025, and Respondents located additional materials to potentially include in the administrative records.  Some of those items were included in the administrative records lodged with the Court on May 22, 2026. (Dkt. 61.)

4.      Petitioner and Respondents understood that they had reached agreement as to the content of the administrative records to be lodged in this case.  *See, e.g.,* Dkt. 55 ¶ 2.

5.      Upon review of the administrative records lodged by Respondents on May 22, 2026, Petitioner discovered that a few of the previously-discussed items had not been included among the records lodged with the Court.  As Petitioner and Respondents understood that they had previously agreed upon the contents of the administrative records, the missing items did not come to Petitioner's attention until June 5, 2026—the deadline for motions to complete or supplement the administrative record.  Counsel for Petitioner contacted counsel for Respondents about this matter, but due to the time differences in the locations of their offices and the unavailability of agency staff with whom Respondents' counsel would need to consult, they have not been able to complete their conferral.

6.      Petitioner and Respondents require a short, three-business-day extension in which to complete their conferral in an effort to avoid motions practice, and for Petitioner to file a

motion to complete or supplement the administrative records, should such a motion be necessary.

7. Due to the lateness of the agreement between counsel for Petitioner and Respondents that an extension is needed, counsel for Petitioner has not had an opportunity to confer with counsel for Intervenors.

For the foregoing reasons, Petitioner respectfully requests that the Court grant this motion for an extension of the deadline for motions to complete or supplement the administrative records, until June 10, 2026.

Respectfully submitted this 5th day of June, 2026.

WELBORN SULLIVAN MECK & TOOLEY, P.C.

/s/ Danielle DiMauro
Danielle DiMauro (*pro hac vice*)
Rebecca W. Watson (WY Bar No. 5-1683)
1401 Lawrence Street, Suite 1800
Denver, Colorado 80202
Telephone: 303-830-2500
Facsimile: 303-832-2366
ddimauro@wsmtlaw.com
rwatson@wsmtlaw.com

Hampton K. O'Neill (WY Bar No. 5- 2876)
159 North Wolcott, Suite 220
Casper, Wyoming 82601
Telephone: 307-234-6907
honeill@wsmtlaw.com

*Attorneys for Petitioner*

3