FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2026 SEP 21 AM 11: 30
MARGARET BOTKINS, CLERK
CASPER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

PONDEROSA RESOURCES CORPORATION,

Petitioner,

vs.

THE UNITED STATES BUREAU OF LAND MANAGEMENT, ANDREW ARCHULETA, in his official capacity as Wyoming State Director for the U.S. Bureau of Land Management, and THE UNITED STATES DEPARTMENT OF THE INTERIOR,

Respondents,

and,

WESTERN ORGANIZATION OF RESOURCE COUNCILS, CENTER FOR BIOLOGICAL DIVERSITY, and WILDEARTH GUARDIANS,

Intervenor-Respondents.

Civil Case No. 1:24-cv-00141-SWS

ORDER GRANTING CONSENT MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** comes before the Court on the Respondents' *Consent Motion to Extend Briefing Deadlines* (the "*Motion*"). ECF No. 71. Having reviewed the *Motion* and being otherwise fully advised in the premises, the Court finds that the *Motion* should be **GRANTED.**

**IT IS THEREFORE ORDERED** that the *Motion* is **GRANTED** and the remaining briefing deadlines established in the *Initial Pretrial Order* (ECF No. 63) are hereby extended as follows:

- Responsive Brief Deadline: Wednesday, October 7, 2026
- Reply Brief Deadline: Wednesday, October 28, 2026

**IT IS SO ORDERED.**

Dated this 21st day of September, 2026.

Scott W. Skavdahl -24-CV-0141-SWS
United States District Judge